**2003–0765. State v. Chandler.**
Hamilton App. No. C–020253. Discretionary appeal allowed and cause consolidated with 2003–0766,

*State v. Tate,* Hamilton App. No. C–020188.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.